# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER FRANCO, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:07-cv-01186-AWI-NEW (DLB) PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

Plaintiff William O. Robinson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 15, 2007, along with a motion seeking leave to proceed in forma pauperis.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by plaintiff reveals that plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 1:05-cv-01054-OWW-LJO PC Robinson v. Doe II (E.D. Cal.) (dismissed 07/17/06 for failure to state a claim); 1:05-cv-01548-OWW-LJO PC Robinson v. Scribner (E.D. Cal.) (dismissed 09/18/06 for failure to state a claim); and 1:05-cv-01034-OWW-SMS PC Robinson v. Garcia, et al., (E.D. Cal.) (dismissed 11/13/06 for failure to state a claim).

1

The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury. Plantiff's claim accrued on July 28, 2006, when he was allegedly injured after falling when exiting a transportation bus. Accordingly, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action;

2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order; and

3. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   September 5, 2007**           /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE